■ BROCORP REALTY INC., Doing Business as BROTHERS CAMERAS, Appellant, v CHOCK 200 B'WAY OPERATING, INC., et al., Respondents, et al., Defendants. [604 NYS2d 725] —Order, Supreme Court, New York County (Carol E. Huff, J.), entered July 13, 1992, unanimously affirmed for the reasons stated by Huff, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Kupferman and Asch, JJ.